ACCEPTED
07-14-00038-CR
SEVENTH COURT OF APPEALS
AMARILLO, TEXAS
4/2/2015 3:03:49 PM
Vivian Long, Clerk

No. 07-14-00038-CR

IN THE SEVENTH COURT OF APPEALS

AMARILLO

FILED IN
7th COURT OF APPEALS
AMARILLO, TEXAS
4/2/2015 3:03:49 PM
VIVIAN LONG
CLERK

PRISCILLA SANDERS, Appellant

v.

THE STATE OF TEXAS, Appellee

Appeal from Swisher County

\* \* \* \* \*

# STATE PROSECUTING ATTORNEY'S

# MOTION FOR REHEARING

\* \* \* \* \*

LISA C. McMINN
State Prosecuting Attorney
Bar I.D. No. 13803300

JOHN R. MESSINGER
Assistant State Prosecuting Attorney
Bar I.D. No. 24053705

P.O. Box 13046
Austin, Texas 78711
512/463-1660 (Telephone)
512/463-5724 (Fax)
information@spa.texas.gov

No. 07-14-00038-CR

IN THE SEVENTH COURT OF APPEALS

AMARILLO

PRISCILLA SANDERS,                                                    Appellant

v.

THE STATE OF TEXAS,                                                   Appellee

* * * * *

**STATE PROSECUTING ATTORNEY'S**

**MOTION FOR REHEARING**

* * * * *

TO THE HONORABLE SEVENTH COURT OF APPEALS:

Comes now the State of Texas, by and through its State Prosecuting Attorney, and respectfully submits to the Court its Motion for Rehearing in the above entitled cause.

**POINT ON REHEARING**

**The "Magistrate's Order of Protection" signed by appellant contains information appellant knew to be false.**

1

## ARGUMENT AND AUTHORITIES

This Court acquitted appellant of tampering with a governmental record because "there is no evidence in this record reflecting that appellant knowingly made a governmental record that she knew to contain false information." Slip op. at 6. The Court's analysis focused on the information that was (or was not) hand-written into the order—the date, the child's residence, and the defendant's name—but this is not "the sum and total of the information contained within the order." Slip op. at 6.

None of these entries were made on a blank piece of paper. The first finding made in the order was "that all necessary prerequisites of the law have been legally satisfied and that this Court has jurisdiction over the parties and subject matter of this cause." State's Ex. 1. This was patently false. Emergency protective orders are issued during a defendant's appearance before a magistrate after arrest for enumerated offenses and under certain conditions. TEX. CODE CRIM. PROC. art. 17.292(a), (b). Appellant knew none of that happened, yet signed an order finding that it did.[1] That

---

[1] *See, e.g.*, 3 RR 84 ("I did not complete it because so far there had not been an act of violence done yet."), and the following exchange:
Q. Now, when you put your name on an Emergency Magistrate's Order, you are not to do so unless there has been an arrest for an offense involving family violence or an offense under 22.01, 22.021 or 42.072 of the Penal Code, correct?
A. Correct.
Q. You put your signature on an order, State's Exhibit 1, that you now hold in your hand, prior to an arrest, correct?
A. Correct.
(3 RR 94-95).

2

was a falsity sufficient to support her conviction.

## PRAYER

WHEREFORE, the State prays that its Motion for Rehearing be granted, the original opinion be withdrawn, and appellant's conviction be affirmed after consideration of the remaining issues.

Respectfully submitted,

LISA C. McMINN
State Prosecuting Attorney
Bar I.D. No. 13803300


/s/ John R. Messinger
JOHN R. MESSINGER
Assistant State Prosecuting Attorney
Bar I.D. No. 24053705

P.O. Box 13046
Austin, Texas 78711
512/463-1660 (Telephone)
512/463-5724 (Fax)
information@spa.texas.gov

## CERTIFICATE OF COMPLIANCE

Pursuant to TEX. R. APP. P. 9.4(i)(2)(D) & (3), this document contains 589 words according to WordPerfect X5's "word count" tool.

## CERTIFICATE OF SERVICE

The State Prosecuting Attorney's Motion for Rehearing has been eFiled with the Court on the 2nd day of April, 2015, and served on each of the following:

Tina Davis Rincones
Swisher County Attorney Pro Tem
109 E 6th Street
Plainview, Texas 79072
trincones@redraiderlaw.com

Aaron R. Clements
Hurley & Guinn
1805 13th Street
Lubbock, Texas 79401
aaronrc@swbell.net

/s/ John R. Messinger
JOHN R. MESSINGER
Assistant State Prosecuting Attorney

4